■ REBECCA PANTALEO et al., Appellants, v NEW IMAGE GYMNASTIC ACADEMY, INC., Doing Business as NEW IMAGE GYMNASTICS, et al., Respondents. [868 NYS2d 552]

The defendants established their prima facie entitlement to summary judgment dismissing the complaint insofar as asserted against each of them. In opposition, the plaintiffs failed to raise a triable issue of fact. Mastro, J.P., Skelos, Balkin and Chambers, JJ., concur. [*See* 2007 NY Slip Op 31051(U).]